B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Southern District of New York

In re **MOSDOS CHOFETZ CHAIM INC.** _____, Case No. _____
                        Debtor
                                                                Chapter  11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 4,500,000.00 | | |
| B - Personal Property | YES | 2 | $ 30,000.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 13,003,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 12,454.79 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 3,396,658.56 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 11 | $ 4,530,000.00 | $ 16,412,113.35 | |

B6A (Official Form 6A) (12/07)

In re: MOSDOS CHOFETZ CHAIM INC.          ,          Case No. _____
                              Debtor                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| RELIGIOUS SCHOOL CAMPUS LOCATED ON 5 ACRES OF LAND AT KIRYAS RADIN DRIVE SPRING VALLEY, NY 10977 | Fee Owner | | $4,500,000.00 | $13,003,000.00 |
| NOTE:  VALUE IS ESTIMATED AND SUBJECT TO EVALUATION BY A COURT OF COMPETENT JURISDICTION | | | | |
| | | Total ➤ | $4,500,000.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  MOSDOS CHOFETZ CHAIM INC._____,   Case No. _____ (If known)
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANK OF AMERICA<br>80 CHESTNUT RIDGE RD.<br>MONTVALE, NJ 07645 | | 10,000.00 |
| | | NOTE:   ACCT NO 483001071480 | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **MOSDOS CHOFETZ CHAIM INC.**, Case No. _____ (If known)
       Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | CHAIRS AND TABLES AND OTHER SCHOOL EQUIPMENT LOCATED AT PREMISES | | 20,000.00 |
| | | NOTE: VAVUE IS ESTIMATED | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

___1___ continuation sheets attached   Total > $ 30,000.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  MOSDOS CHOFETZ CHAIM INC._____,  Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CC OF R LLC<br>WACHTEL AND MAYSER<br>110 E. 59TH STREET<br>NEW YORK, NY 10022 | | | RELIGIOUS SCHOOL CAMPUS LOCATED ON 5 ACRES OF LAND AT KIRYAS RADIN DRIVE SPRING VALLEY, NY 10977<br><br>VALUE $4,500,000.00 | | | X | 203,000.00 | 0.00 |
| ACCOUNT NO.<br>CITIZENS BANK<br>833 BROADWAY<br>ALBANY, NY 12207 | | | RELIGIOUS SCHOOL CAMPUS LOCATED ON 5 ACRES OF LAND AT KIRYAS RADIN DRIVE SPRING VALLEY, NY 10977<br><br>VALUE $4,500,000.00 | | | X | 12,800,000.00 | 8,300,000.00 |

0  continuation sheets attached

Subtotal ➤ (Total of this page)     $ 13,003,000.00   $ 8,300,000.00

Total ➤ (Use only on last page)     $ 13,003,000.00   $ 8,300,000.00

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **MOSDOS CHOFETZ CHAIM INC.**  
_____  
Debtor

Case No. _____  
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u> continuation sheets attached

B6E (Official Form 6E) (4/10) – Cont.

In re  MOSDOS CHOFETZ CHAIM INC.,  Case No. _____
                    Debtor                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | | | FOR NOTICE PURPOSES ONLY | | | X | 8,548.36 | 8,548.36 | $0.00 |
| ACCOUNT NO.<br>NYS DEPT. OF TAX & FINANCE<br>BANKER/SP. PROC. SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | | FOR NOTICE PURPOSES ONLY | | | X | 3,906.43 | 3,906.43 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▸ (Totals of this page) $ 12,454.79 | $ 12,454.79 | $ 0.00

Total ▸
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 12,454.79

Total ▸
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 12,454.79 | $ 0.00

B6F (Official Form 6F) (12/07)

In re **MOSDOS CHOFETZ CHAIM INC.**,
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DANIAL ROSENBLUM<br>1 SANSBERRY LANE<br>SPRING VALLEY, NY 10977 | | | | | | | 85,000.00 |
| ACCOUNT NO.<br><br>EZRA BEYMAN<br>18 SYLVAN ROAD<br>MONSEY, NY 10952 | | | | | | | 350,000.00 |
| ACCOUNT NO.<br><br>GERSHON ALEXANDER<br>23 PLEASANT RIDGE ROAD<br>SPRING VALLEY, NY 10977 | | | | | | | 300,000.00 |
| ACCOUNT NO.<br><br>MARK BLISKO<br>311 MEACHAM AVENUE<br>ELMONT, NY 11003 | | | | | | | 435,000.00 |
| ACCOUNT NO.<br><br>MICHAEL LEIBOV<br>11 GOLARD DRIVE<br>MONSEY, NY 10952 | | | | | | | 100,000.00 |

_2_ Continuation sheets attached

Subtotal ▶ $ 1,270,000.00

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **MOSDOS CHOFETZ CHAIM INC.**                Case No. _____
                                    Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MOTI ELECTRIC, INC.<br>1 MARCUS DRIVE<br>MONSEY, NY 10952 | | | | | | | 100,000.00 |
| ACCOUNT NO.<br>MUNISH WIENTRAUB<br>14 CLOVERDALE LANE<br>MONSEY, NY 10952 | | | | | | | 150,000.00 |
| ACCOUNT NO.<br>NEW YORK PROFESSIONAL DRY WALL<br>48 BAKERTOWN ROAD<br>MONROE, NY 10950 | | | | | | | 45,000.00 |
| ACCOUNT NO.<br>ORANGE AND ROCKLAND UTILITIES INC.<br>390 W. RTE 59<br>SPRING VALLEY, NY 10977 | | | JUDGEMENT CREDITOR, RESTRIANED BANK ACCOUNT | | | | 46,658.56 |
| ACCOUNT NO.<br>RABBI ARYEH ZAKS<br>18 MOUNTAIN AVENUE<br>MONSEY, NY 10952 | | | | | | | 500,000.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 841,658.56

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **MOSDOS CHOFETZ CHAIM INC.**, Debtor

Case No. _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ROYAL STUCCO <br> 12 KOZNITZ DR. <br> MONROE, NY 10950 | | | | | | | 13,000.00 |
| ACCOUNT NO. <br> SILVERMAN FOUNDATION <br> 520 EIGHTH AVENUE, 20TH FLOOR <br> NEW YORK, NY 10018 | | | | | | | 400,000.00 |
| ACCOUNT NO. <br> WELLDONE INSULATION <br> 7 LIZENSK BLVD. # 203 <br> MONROE, NY 10950 | | | | | | | 12,000.00 |
| ACCOUNT NO. <br> Y AND Y KITCHENS <br> C/O ABE WALDMAN <br> 454 BEDFORD AVE. <br> BROOKLYN, NY 11211 | | | | | | | 60,000.00 |
| ACCOUNT NO. <br> YESHIVA CHOFETZ CHAIM <br> 82 HIGHVIEW RD. <br> SUFFERN, NY 10901 | | | | | | | 800,000.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 1,285,000.00

Total > $ 3,396,658.56

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: __MOSDOS CHOFETZ CHAIM INC._____, Case No. _____
                                      Debtor                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RABBI BERKOWITZ<br>KIRYAS RADIN DRIVE<br>UNIT 35<br>SPRING VALLEY, NY 10977 | RENTAL LEASE |
| VARIOUS OTHER MONTH TO MONTH LEASES WITH STUDENT RESIDENTS | MONTH TO MONTH LEASES |

B6H (Official Form 6H) (12/07)

In re: **MOSDOS CHOFETZ CHAIM INC.**
_____,
Debtor

Case No. _____
(If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **MOSDOS CHOFETZ CHAIM INC.**  
                           Debtor

Case No. _____  
        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **RABBI ARYEH ZAKS**, the <u>Secretary</u> of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **12** sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __1/18/11__            Signature: _____  
                                               **RABBI ARYEH ZAKS Secretary**  
                                               [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
# Southern District of New York

In re: **MOSDOS CHOFETZ CHAIM INC.**  Case No.

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **NONE** | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **RABBI ARYEH ZAKS**, Secretary of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 1/18/11

RABBI ARYEH ZAKS, Secretary, MOSDOS CHOFETZ CHAIM INC.

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.